JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| CAROL ELAINE WASSMANN<br><br>Plaintiff,<br><br>v.<br><br>SOUTH ORANGE COUNTY COMMUNITY COLLEGE DISTRICT; KARIMA FELDHUS; ROBERT BRUMUCCI; GLENN ROQUEMORE; LEWIS LONG; AND KATHERINE SCHMEIDLER<br><br>Defendants. | Case No. SACV 18-01823 AG (DFMx)<br><br>**JUDGMENT** |

The Court enters Judgment against Plaintiff in favor of all Defendants.

Dated May 23, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT